8

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

JAN 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
JMJ DEPUTY

UNITED STATES OF AMERICA

v.

JENARO MARCOS-PEREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR-184-JLS

I, JENARO MARCOS-PEREZ, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/24/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

+Jenaro marcos perez
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER